AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT
for the

_____Western_____ District of __Texas__

**August 16, 2021**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

|  |  |
|---|---|
| United States of America<br>v.<br><br><br>Eri Gutberto Parra-Lopez | )<br>)<br>)   Case No.   1:21-MJ-655-ML<br>)<br>)<br>)<br>) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 19, 2021   in the county of   Travis   in the
Western   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841 (a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Ronald P. Enriquez, DEA TFO
_Printed name and title_

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date:   August 16, 2021

_Judge's signature_

City and state:   Austin, Texas

Mark Lane, U.S. Magistrate Judge
_Printed name and title_

## <u>Affidavit</u>

I, Ronald Enriquez, being duly sworn, depose and state the following:

## **INTRODUCTION**

1.      I am a Task Force Officer of the Drug Enforcement Administration (DEA). As such, I am

an "investigative or law enforcement officer" of the United States within the meaning of Title

18, United States Code, Section 2510(7), that is, an officer of the United States who is

empowered by law to conduct investigations of and to make arrests for offenses enumerated

in Title 18, United States Code, Section 2516(1).

2.      I have been employed as a Task Force Officer for approximately four years, and a Police

Officer for approximately nineteen and a half years. I have received extensive training pertaining

to narcotic investigations and the investigations of various crimes which arise from drug trafficking

activities.

3.      I have received specialized training on the subject of narcotics trafficking and money

laundering from the DEA and have been personally involved in investigations concerning the

possession, manufacture, distribution, and importation of controlled substances, as well as methods

used to finance drug transactions.

4.      I have participated in and conducted investigations of violations of various State and

Federal criminal laws, including unlawful possession with intent to distribute controlled

substances, distribution of controlled substances, use of a communication facility to commit

narcotic offenses, importation of controlled substances, conspiracy to import, possess and

distribute controlled substances, and money laundering, all in violation of Title 21 and Title 18,

United States Code. These investigations resulted in arrests of individuals who have imported,

1

smuggled, received and distributed controlled substances, including cocaine, marijuana, heroin, methamphetamine and pharmaceutical controlled substances and the arrest of individuals who have laundered proceeds emanating from those illegal activities. Also, these investigations resulted in seizures of illegal drugs / controlled substances and proceeds from the distribution of those illegal drugs / controlled substances.

5.      I have directed confidential informants and cooperating witnesses to successfully infiltrate various-sized narcotic enterprises via intelligence gathering, participation in consensual recordings and monitored purchases of controlled substances. I have executed search warrants for controlled substances and I have conducted surveillance in connection with numerous narcotic investigations.

6.      I am familiar with the operations of illegal international drug trafficking organizations in various parts of the world, including the Central America, Mexico, India, Texas, and throughout the world.

7.      I am familiar with the ways in which narcotic traffickers conduct their business, including methods of importing and distributing narcotics, money laundering, the use of cellular telephones and the internet to facilitate their illegal acts, and the use of numerical codes and code words to conduct drug transactions. My training and experience as a Task Force Officer of the DEA, my conversations with other Special Agents/Task Force Officers of the DEA, and state and local investigators familiar with narcotics trafficking and money laundering matters, form the basis of the opinions and conclusions set forth below, which I drew from the facts set forth herein.

2

RELEVANT FACTS

8.     Affiant submits the following "specific and articulable facts" showing that there is probable cause to believe that Eri Gutberto PARRA-LOPEZ is engaged in a conspiracy to distribute controlled substances, and had distributed controlled substances as set forth below.

9.     Between March of 2020 and July of 2021, Austin, Texas and the surrounding cities have experienced a wave of overdose investigations in relation to the illegal distribution of schedule II-V prescription pills, along with counterfeit oxycodone pills. The illegal prescription pills that are being diverted and sold, along with the counterfeit oxycodone pills, are an extreme danger to the public. Cartels and domestic clandestine pill press operations are manufacturing counterfeit oxycodone pills containing Fentanyl, a synthetic opioid that is lethal in minute doses.

10.    Agents, along with other law enforcement officials, have reason to believe that the overdose investigations are linked to several common sources of supply (SOS). During these investigations, officers and agents learned that Eri Gutberto PARRA-LOPEZ was a possible source of supply for Schedule II-V prescription pills in the Austin, Texas area. Pflugerville Police Department Detective Lee Van Noy acting in undercover capacity utilizing the social media application "Snapchat" identified "El Banks" with username "el_enchufe71" as a bulk distributor of Oxycodone based upon his "Snapchat" posts and profile activity. (Agent's Note: "El Enchufe" is Spanish for "The Plug". Agents know that "The Plug" is common street slang utilized to describe a large source of supply for illegal narcotics.)

11.    On May 19, 2021, Detective Van Noy contacted "El Banks" with username "el_enchufe71" via "Snapchat" and arranged to purchase 50 oxycodone tablets (commonly referred to as "blues"). Utilizing "Snapchat", "El Banks" with username "el_enchufe71" responded and indicated he was

traveling into Pflugerville, Texas from Salado, Texas and could meet Detective Van Noy in 30 minutes at the H.E.B. Store located at 201 FM-865, Pflugerville, Texas to complete the transaction. Agents then established surveillance at this location in preparation for the undercover buy/walk between Detective Van Noy and "El Banks" with username "el_enchufe71". Once units were in place, Detective Van Noy arrived on-scene and waited for the arrival of "El Banks" with username "el_enchufe71". At approximately 1:08 PM Detective Van Noy observed a Dark Grey Chrysler 300 bearing TXLP#LFC-4749 pull into the parking lot. The vehicle pulled next to Detective Van Noy and he (Detective Van Noy) entered the passenger seat. "El Banks" with username "el_enchufe71" then drove through the parking lot of the business and provided Detective Van Noy with a green plastic baggie containing blue round pills marked M/30. Detective Van Noy then provided "El Banks" with username "el_enchufe71" with $500.00 in prerecorded US Currency. "El Banks" with username "el_enchufe71" informed Detective Van Noy that he would be "hitting licks" all the way to South Austin. Investigators know that "hitting licks" is common slang for completing illegal drug transactions.

12.     Once the transaction was complete, Detective Van Noy exited the vehicle and "El Banks" with username "el_enchufe71" departed the scene. A subsequent license plate check on the Dark Grey Chrysler 300 TXLP#LFC-4749 identified the registered owner as Eri Gutberto PARRA-LOPEZ. A driver's license check was then ran on Eri Gutberto PARRA-LOPEZ and discovered Arizona Driver's License #D07021868 was issued to him. Detective Van Noy utilized the Arizona Driver's License photograph to positively identify Eri Gutberto PARRA-LOPEZ as "El Banks" with username "el_enchufe71" the person he met with, who sold him Oxycodone.

13.     Detective Van Noy then transported the green plastic baggie containing the round blue pills back to the Pflugerville Justice Center where they were processed. The round blue pills marked

4

M/30 weighed approximately 5.8 grams and were confirmed to be 50 Dosage Units. A preliminary field test was conducted and indicated a presumptive positive for the presence of Fentanyl. The blue tablets were stamped with "M/ 30". Agents recognize the tablets through training and experience to be 30mg Oxycodone. This was confirmed by an online pill identification database. These pills were later submitted to the US Army Laboratory for testing and analysis. On August 12, 2021 I received the Defense Forensic Science Center final lab report for the 50 round blue pills marked M/30 purchased from Eri Gutberto PARRA-LOPEZ. The lab report indicated positive results for the presence of Fentanyl.

14.     A subsequent background check indicated that Eri Gutberto PARRA-LOPEZ is currently an active duty US Army soldier with the rank of Sergeant. Eri Gutberto PARRA-LOPEZ is currently assigned to the Fort Hood Station in Killeen, Texas. Upon making this discovery, TFO Enriquez made contact with Investigators Abraham Perkins and Thomas Sheahan and members of the US Army CID Fort Food Unit in order to assist with this investigation.  Investigators Abraham Perkins and Thomas Sheahan and the US Army CID then began a joint investigation into the illegal drug activity of Eri Gutberto PARRA-LOPEZ.

15.     On June 2, 2021 Pflugerville Police Detective Lee Van Noy acting in an undercover capacity purchased 100 Blue Oxycodone tablets marked M/30 from Eri Gutberto PARRA-LOPEZ at 201 FM-865, Pflugerville, Texas. Detective Van Noy arranged to purchase 100 oxycodone tablets from Eri Gutberto PARRA-LOPEZ for the agreed upon price of $1000.00. This arrangement was made by Detective Van Noy by contacting Eri Gutberto PARRA-LOPEZ via "Snapchat" at "El Banks" with username "el_enchufe71". Detective Van Noy reached out to Eri Gutberto PARRA-LOPEZ via "Snapchat" indicating he was ready to purchase the Oxycodone.

Detective Van Noy and Eri Gutberto PARRA-LOPEZ agreed to meet at the H.E.B. Store located at 201 FM-865, Pflugerville, Texas to complete the transaction.

16.      Members of the Pflugerville PD Narcotics unit and DEA Austin TDS then established surveillance at this location in preparation for the undercover buy/walk between Detective Van Noy and Eri Gutberto PARRA-LOPEZ. Once units were in place, Detective Van Noy arrived on-scene at approximately 2:43PM and waited for the arrival of Eri Gutberto PARRA-LOPEZ. At approximately 3:25PM TFO Enriquez observed a Dark Grey Chrysler 300 bearing TXLP#LFC-4749 pull into the parking lot. The vehicle pulled next to Detective Van Noy and he (Detective Van Noy) entered the passenger seat. After a brief conversation, Eri Gutberto PARRA-LOPEZ provided Detective Van Noy with two green plastic baggies containing blue round pills marked M/30. Detective Van Noy then provided Eri Gutberto PARRA-LOPEZ with $1000.00 in prerecorded US Currency. At approximately 3:27PM the transaction was complete between Detective Van Noy and Eri Gutberto PARRA-LOPEZ. Once the transaction was complete, Detective Van Noy exited the vehicle and Eri Gutberto PARRA-LOPEZ departed the scene.

17.      Detective Van Noy then transported the baggies containing the round blue pills marked M/30 back to PPD where they were processed. The round blue pills marked M/30 weighed approximately 11.5 grams and were confirmed to be 100 Dosage Units. A preliminary field test was conducted and indicated a presumptive positive for the presence of Fentanyl. Detective Van Noy then processed the evidence per Pflugerville PD policy. These pills were later submitted to the US Army Laboratory for testing and analysis. On August 12, 2021 I received the Defense Forensic Science Center final lab report for the 100 round blue pills marked M/30 purchased from Eri Gutberto PARRA-LOPEZ. The lab report indicated positive results for the presence of Fentanyl.

6

18.     On June 17, 2021 Pflugerville Police Detective Lee Van Noy acting in an undercover capacity purchased 500 Round Blue Oxycodone tablets marked M/30 from Eri Gutberto PARRA-LOPEZ at 1100 South IH35, Georgetown, Texas 78626. Detective Van Noy arranged to purchase 500 oxycodone tablets from Eri Gutberto PARRA-LOPEZ for the agreed upon price of $3500.00. This arrangement was made by Detective Van Noy by contacting Eri Gutberto PARRA-LOPEZ via "Snapchat" at "El Banks" with username "el_enchufe71". At approximately 5:11PM Detective Van Noy reached out to Eri Gutberto PARRA-LOPEZ via "Snapchat" indicating he was ready to purchase the Oxycodone. Eri Gutberto PARRA-LOPEZ responded and agreed to meet at the H.E.B. Store located at 1100 South IH35, Georgetown, Texas 78626 to complete the transaction. Members of the US Army Fort Hood CID established surveillance at the residence of Eri Gutberto PARRA-LOPEZ located at 3504 Crescent Drive, Killeen, Texas 76543 prior to communication being made. At approximately 5:14PM members of US Army CID observed Eri Gutberto PARRA-LOPEZ exit the residence in a hurry, get into TXLP#LFC-4749 2017 Grey Chrysler 300 and depart presumably headed towards the agreed upon meet location of 1100 South IH35, Georgetown, Texas 78626.  Members of the Pflugerville PD Narcotics unit, DEA Austin TDS and US Army CID then established surveillance at 1100 South IH35, Georgetown, Texas 78626 in preparation for the undercover buy/walk between Detective Van Noy and Eri Gutberto PARRA-LOPEZ. Once units were in place, Detective Van Noy arrived on-scene at approximately 5:46PM and waited for the arrival of Eri Gutberto PARRA-LOPEZ. At approximately 6:01PM TFO Enriquez observed a Dark Grey Chrysler 300 bearing TXLP#LFC-4749 pull into the parking lot. The vehicle pulled next to Detective Van Noy and he (Detective Van Noy) entered the passenger seat. After a brief conversation, Eri Gutberto PARRA-LOPEZ provided Detective Van Noy with a clear Ziploc plastic baggie containing blue round pills marked M/30. Detective Van Noy then provided Eri

7

Gutberto PARRA-LOPEZ with $3500.00 in prerecorded US Currency. At approximately 6:03PM the transaction was complete and Detective Van Noy exited the vehicle.

19.     Detective Van Noy then transported the clear Ziploc plastic baggie containing the round blue pills marked M/30 back to the Pflugerville Justice Center where they were processed. The approximately 500 round blue pills marked M/30 weighed approximately 55.9 grams. A preliminary field test was conducted and indicated a presumptive positive for the the the presence of Fentanyl. Detective Van Noy then processed the evidence per Pflugerville PD policy and turned over the approximately 500 Round Blue Oxycodone to Abraham Perkins and Thomas Sheahan with US Army CID for processing and analysis at The US Army Laboratory for testing and analysis. On August 12, 2021 I received the Defense Forensic Science Center final lab report for the 500 round blue pills marked M/30 purchased from Eri Gutberto PARRA-LOPEZ. The lab report indicated positive results for the presence of Fentanyl and Para-fluorofentanyl.

20.     On June 21, 2021 Investigator Thomas Sheahan and members of the US Army CID Fort Food Unit conducted a trash pull from the residence of Eri Gutberto PARRA-LOPEZ located at 3504 Crescent Drive, Killeen Texas 76543. Two bags of trash were removed from the trash receptacle located on the curb outside of the residence. Upon examination of the trash items seized, Investigators discovered mail correspondence to that address in the name of Eri Gutberto PARRA-LOPEZ. Investigators also discovered two ripped plastic bags containing several round blue pills marked M/30. One of the plastic bags contained 5 of the round blue pills marked M/30. The other plastic bag discovered contained 7 blue round pills marked M/30 There were a total of 12 dosage units of the round blue pills marked M/30. These pills are suspected to be counterfeit Oxycodone containing Fentanyl. These are the same type of pills Detective Van Noy purchased in previous Buy/Walks from Eri Gutberto PARRA-LOPEZ. These pills were processed by Thomas Sheahan

8

and members of the US Army CID Fort Food Unit and later submitted to the US Army Laboratory for testing and analysis. On August 12, 2021 I received the Defense Forensic Science Center final lab report for the 12 round blue pills marked M/30 retrieved form the trash outside the residence of Eri Gutberto PARRA-LOPEZ. The lab report indicated positive results for the presence of Fentanyl.

21.    On July 6, 2021 Pflugerville Police Detective Lee Van Noy acting in an undercover capacity purchased approximately 1000 Round Blue Oxycodone tablets marked M/30 from Eri Gutberto PARRA-LOPEZ at 1100 South IH35, Georgetown, Texas 78626. Detective Van Noy arranged to purchase 1000 oxycodone tablets from Eri Gutberto PARRA-LOPEZ for the agreed upon price of $6000.00. This arrangement was made by Detective Van Noy by contacting Eri Gutberto PARRA-LOPEZ via "Snapchat" at "El Banks" with username "el_enchufe71". At approximately 2:15PM Detective Van Noy reached out to Eri Gutberto PARRA-LOPEZ via "Snapchat" indicating he was ready to purchase the Oxycodone. Eri Gutberto PARRA-LOPEZ responded and indicated he was at work and would get off of work at 5:00PM. Detective Van Noy agreed to meet at the H.E.B. Store located at 1100 South IH35, Georgetown, Texas 78626 to complete the transaction after 5:00PM. Members of DEA Austin TDS established surveillance at the residence of Eri Gutberto PARRA-LOPEZ located at 3504 Crescent Drive, Killeen, Texas 76543 prior to Eri Gutberto PARRA-LOPEZ leaving is place of employment. At approximately 5:02PM Eri Gutberto PARRA-LOPEZ messaged Detective Lee Van Noy and indicated he was leaving work and would let him know when "he had it" and was on his way. At approximately 5:04PM TFO Brennecke observed Eri Gutberto PARRA-LOPEZ arrive at the residence driving TXLP#LFC-4749 2017 Grey Chrysler 300. Surveillance was maintained at this residence until approximately 5:39 PM when Eri Gutberto PARRA-LOPEZ left the residence driving

TXLP#LFC-4749 2017 Grey Chrysler 300. TFO Brennecke followed Eri Gutberto PARRA-LOPEZ and observed him travel to a nearby dry cleaning business where he picked up dry cleaned laundry and departed. After departing the dry cleaning business Eri Gutberto PARRA-LOPEZ drove directly to the agreed upon meet location of 1100 South IH35, Georgetown, Texas 78626 followed by agents. At approximately 5:51PM Eri Gutberto PARRA-LOPEZ messaged Detective Lee Van Noy and advised he was on his way.

22.     Members of the Pflugerville PD Narcotics unit, DEA Austin TDS and US Army CID established surveillance at 1100 South IH35, Georgetown, Texas 78626 in preparation for the undercover buy/walk between Detective Van Noy and Eri Gutberto PARRA-LOPEZ. At approximately 6:40PM TFO Enriquez observed a Dark Grey Chrysler 300 bearing TXLP#LFC-4749 pull into the parking lot. The vehicle pulled next to Detective Van Noy and at approximately 6:41PM he (Detective Van Noy) entered the passenger seat. After a brief conversation, Eri Gutberto PARRA-LOPEZ provided Detective Van Noy with clear Ziploc plastic baggies containing blue round pills marked M/30. Detective Van Noy then provided Eri Gutberto PARRA-LOPEZ with $6000.00 in prerecorded US Currency. At approximately 6:43PM the transaction was complete between Detective Van Noy and Eri Gutberto PARRA-LOPEZ.  Once the transaction was complete, Detective Van Noy exited the vehicle and Eri Gutberto PARRA-LOPEZ departed the scene.

23.     Detective Van Noy then transported the clear Ziploc plastic baggies containing the round blue pills marked M/30 to a secondary meet location where they were processed as evidence per Pflugerville PD Policy. The approximately 1000 round blue pills marked M/30 weighed approximately 111.7 grams. Detective Van Noy then turned over the approximately 1000 Round Blue Oxycodone to Abraham Perkins and Thomas Sheahan with US Army CID for testing and

analysis at the US Army Laboratory. On August 12, 2021 I received the Defense Forensic Science Center final lab report for the 1000 round blue pills marked M/30 purchased from Eri Gutberto PARRA-LOPEZ. The lab report indicated positive results for the presence of Fentanyl and Para-fluorofentanyl.

24.     On July 28, 2021, Pflugerville Police Detective Lee Van Noy, acting in an undercover capacity, purchased approximately 1,500 Round Blue Oxycodone tablets marked M/30 from Eri Gutberto PARRA-LOPEZ at 1100 South IH35, Georgetown, Texas 78626. Detective Van Noy arranged to purchase 1,500 oxycodone tablets from Eri Gutberto PARRA-LOPEZ for the agreed upon price of $6000.00. This arrangement was made by Detective Van Noy by contacting Eri Gutberto PARRA-LOPEZ via "Snapchat" at "El Banks" with username "el_enchufe71". Prior to the UC Buy/Walk being arranged, Detective Van Noy reached out to Eri Gutberto PARRA-LOPEZ via "Snapchat" indicating he was ready to purchase the Oxycodone. Eri Gutberto PARRA-LOPEZ responded and indicated he was working that day and would not get off of work until close to 5pm. Detective Van Noy agreed to meet at the H.E.B. Store located at 1100 South IH35, Georgetown, Texas 78626 to complete the transaction after 5:00PM. Surveillance indicated Eri Gutberto PARRA-LOPEZ was working on base near the intersection of Sante Fe Ave / Clear Creek, Kileen, Tx. Members of Army CID indicated this location is consistent with Eri Gutberto PARRA-LOPEZ working "gate guard Duty" on base.  At approximately 4:50PM, Eri Gutberto PARRA-LOPEZ messaged Detective Lee Van Noy and indicated he was leaving and headed to meet Detective Van Noy at 1100 South IH35, Georgetown, Texas 78626. At approximately 4:50PM, surveillance placed Eri Gutberto PARRA-LOPEZ at his residence located at 3504 Crescent Drive, Killeen, TX. At approximately 4:59PM surveillance indicated Eri Gutberto PARRA-LOPEZ left the residence driving TX LP #LFC-4749, the 2017 Grey Chrysler 300 headed

directly towards 1100 South IH35, Georgetown, Texas 78626. Surveillance indicates that Eri Gutberto PARRA-LOPEZ did not make any secondary stops along the way from his residence at 3504 Crescent Drive, Killeen, Texas 76543 to the agreed upon meet location of 1100 South IH35, Georgetown, Texas 78626.

25.   Members of the Pflugerville PD Narcotics unit, DEA Austin TDS and US Army CID established surveillance at 1100 South IH35, Georgetown, Texas 78626 in preparation for the undercover buy/walk between Detective Van Noy and Eri Gutberto PARRA-LOPEZ. At approximately 5:47PM, TFO Enriquez observed a 2017 Dark Grey Chrysler 300 bearing TX LP #LFC-4749 pull into the parking lot and park. Detective Van Noy later pulled into the parking lot at approximately 5:52PM and pulled next to Eri Gutberto PARRA-LOPEZ and the 2017 Dark Grey Chrysler 300 bearing TX LP #LFC-4749. At approximately 5:53PM, Detective Van Noy entered the passenger seat of Eri Gutberto PARRA-LOPEZ's vehicle. After a brief conversation, Eri Gutberto PARRA-LOPEZ provided Detective Van Noy with clear Ziploc plastic baggie containing blue round pills marked M/30. Eri Gutberto PARRA-LOPEZ informed Detective Van Noy that one of his (PARRA LOPEZ) sources of supply for the Oxycodone was recently tortured and killed by the Cartel in Mexico. Eri Gutberto PARRA-LOPEZ went on to inform Detective Van Noy "all my work" comes from down south. Agents believe Eri Gutberto PARRA-LOPEZ is indicating that all his sources of supply for the Oxycodone are from the Cartel, in Mexico. Detective Van Noy then provided Eri Gutberto PARRA-LOPEZ with $6000.00 in prerecorded US Currency for the Oxycodone. At approximately 5:55PM, the transaction was complete between Detective Van Noy and Eri Gutberto PARRA-LOPEZ.  Once the transaction was complete, Detective Van Noy exited the vehicle and Eri Gutberto PARRA-LOPEZ departed the scene.

12

26.     Detective Van Noy then transported the clear Ziploc plastic baggies containing the round blue pills marked M/30 to a secondary meet location where they were processed as evidence per Pflugerville PD policy. The approximately 1,500 round blue pills marked M/30 weighed approximately 163 grams. Detective Van Noy then turned over the approximately 1,500 Round Blue Oxycodone to Abraham Perkins and Thomas Sheahan with US Army CID for testing and analysis at the US Army Laboratory. Lab results are currently pending.

Signed in this   of August, 2021.

Approved as to form   /s/Mark H Marshall
Mark H Marshall, Assistant United States Attorney


Ronald Enriquez, Task Force Officer

Drug Enforcement Administration


Subscribed and sworn to before me electronically this  16th day of August, 2021.

Mark Lane

United States Magistrate Judge